1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  BRIAN C. LEWIS (DCBN 476851)
   Assistant United States Attorney
5         1301 Clay Street, Suite 340S
          Oakland, California 94612
6         Telephone: (510) 637-3680
          Facsimile:  (510) 637-3724
7         E-Mail: brian.lewis@usdoj.gov

8  Attorneys for the United States of America

9

10                          UNITED STATES DISTRICT COURT

                         NORTHERN DISTRICT OF CALIFORNIA
11
                                  OAKLAND DIVISION
12

13  UNITED STATES OF AMERICA,           )  CASE NO. CR 13-0576 JSW
                                        )
14         Plaintiff,                   )  **ORDER OF DETENTION**
                                        )
15     v.                               )
                                        )
16  KEVIN TYRONE BUFORD,                )
                                        )
17         Defendants.                  )
                                        )
18  _____    )

19         The parties appeared before the Honorable Donna M. Ryu on August 30, 2013, for a detention

20  hearing.  The defendant was present and represented by defense counsel Ms. Suzanne Luban.  The

21  government was represented by Assistant United States Attorney Brian Lewis.  The government

22  requested detention, submitting that no condition or combination of conditions of release would

23  reasonably assure the appearance of the defendant as required or the safety of the community..

24         Upon consideration of the parties' proffers, the bail study, and the factors set forth in 18 U.S.C.

25  §  3142(g), the Court finds (i) by a preponderance of the evidence that no condition or combination of

26  conditions of release would reasonably assure the appearance of the defendant as required and (ii) by

27  clear and convincing evidence that no condition or combination of conditions will reasonably assure the

28  safety of any other person or the community.

1    The Court therefore, orders the defendant detained. The defendant is committed to the custody

2    of the Attorney General or a designated representative for confinement in a corrections facility. The

3    defendant must be afforded a reasonable opportunity to consult privately with counsel. On order of a

4    court of the United States or on request of an attorney for the government, the person in charge of the

5    corrections facility must deliver the defendant to the United States Marshal for a court appearance.

6        IT IS SO ORDERED.

7

8    DATED:  9/16/2013

     DONNA M. RYU
9    United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DETENTION ORDER
CR 13-0576 JSW